UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**EVA RYALS,**

    **Plaintiff,**

v.                                                         Case No: 5:25-cv-586-JSS-PRL

**UNITED STATES ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, and FEDERAL BUREAU OF PRISONS,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Electronic Notification. (Doc. 7). Plaintiff requests that she be permitted to receive notices of electronic filing via email, contending that she has been experiencing repeated delays in receiving court documents by U.S. mail due to mail processing issues and the government shutdown. (*Id*. at pp. 1-2).

"[T]he Court in its discretion may grant a pro se party permission to receive electronic notifications." *Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). In this instance, the Court finds it appropriate to exercise such discretion here. *See id*. (authorizing electronic notification of filings for a *pro se* litigant via email); *Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *2 (M.D. Fla. Jan. 29, 2025) (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at

- 2 -

*1 (M.D. Fla. May 15, 2023) (same). Thus, the Court will permit Plaintiff to receive electronic notifications of filings via email.

Notably, in her motion, however, Plaintiff cites Local Rule 1.05(d) for the proposition that "the Court has discretion to authorize electronic service for a pro se litigant who consents in writing." (Doc. 7 at p. 1). Local Rule 1.05(d) is a nonexistent rule. The Court's new Local Rules took effect on November 1, 2025. *See generally* Local Rules of the United States District Court for the Middle District of Florida. Plaintiff is cautioned that future citations to nonexistent rules may result in the imposition of sanctions.

Despite proceeding *pro se*, Plaintiff is reminded that she is required to comply with this Court's Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. (*See* Doc. 3). Plaintiff may obtain a copy of the Local Rules from the Court's website (http://www.flmd.uscourts.gov) or by visiting the Office of the Clerk of Court. Additionally, resources and information related to proceeding in court without a lawyer, including a handbook entitled "Guide for Proceeding Without a Lawyer," can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

Accordingly, it is **ORDERED** that:

(1) Plaintiff's Motion for Electronic Notification (Doc. 7) is **GRANTED**.

(2) The Clerk is **directed** to add Plaintiff's email address (elryals@gmail.com) to the docket and send all future notices of electronic filing to this email address.

(3) Plaintiff is responsible for notifying the Clerk if she changes her email address. Plaintiff is advised that she must frequently check her email, as some filings could be time sensitive. The notices of electronic filing will contain a hyperlink that will allow Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer provides instructions on how to register for PACER on page 13.[1] Please note that when the Court allows a *pro se* litigant to receive notices of filing by email, the Clerk's office no longer mails paper copies. As a result, Plaintiff is cautioned that she will no longer receive Court filings by U.S. mail.

**DONE** and **ORDERED** in Ocala, Florida on November 18, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

---

[1] The Court's Guide for Proceeding Without a Lawyer can be accessed on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm.

- 4 -

Copies furnished to:

Counsel of Record
Unrepresented Parties

Case 5:25-cv-00586-JSS-PRL	Document 11	Filed 11/18/25	Page 4 of 4 PageID 730