UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EVA RYALS,

     Plaintiff,

v.                                                                    Case No: 5:25-cv-586-JSS-PRL

UNITED STATES ATTORNEY
GENERAL, U.S. DEPARTMENT OF
JUSTICE, and FEDERAL BUREAU
OF PRISONS,

     Defendants.

_____

### ORDER

This cause comes before the Court on Plaintiff's Motion for Electronic Notification filed on February 6, 2026. (Doc. 14). Plaintiff, proceeding *pro se*, requests that she be permitted to receive notices of electronic filing via email (elryals@gmail.com), contending that she has been experiencing repeated delays in receiving court documents by U.S. mail due to mail processing issues. (*Id*. at pp. 1-2).

This is Plaintiff's second motion filed with the Court, seeking authorization to receive electronic notifications. (*See* Docs. 7 & 14). Plaintiff filed her first Motion for Electronic Notification on November 12, 2025. (Doc. 7). The Court previously granted Plaintiff's Motion for Electronic Notification on November 18, 2025, allowing Plaintiff to receive electronic notifications of filings via email, and directed the Clerk to add Plaintiff's email address (elryals@gmail.com) to the docket and send all future notices of electronic filing to that email address. (Doc. 11). Plaintiff's email address was subsequently added to the docket,

- 2 -

and there is no indication that Plaintiff has not been receiving notices of electronic filing to her email address in this case.

Accordingly, Plaintiff's Motion for Electronic Notification (Doc. 14) is **DENIED as moot**.

**DONE** and **ORDERED** in Ocala, Florida on February 12, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties